CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 10 2019

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| JENNIFER GRANT, | ) |
| Plaintiff, | ) Case No. 5:18-cv-100 |
| v. | ) |
| ADT, INC., d.b.a. ADT SECURITY SERVICES | ) By: Michael F. Urbanski<br>) Chief U.S. District Judge |
| Defendant. | ) |

## ORDER

This matter is before the court on Plaintiff's Notice of Voluntary Dismissal, ECF No. 7, pursuant to pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, the court **ORDERS** that the above-captioned matter is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 01-10-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge